1  Jamil L. White (SBN: 244028)
   LOUIS | WHITE
2  5600 H Street, Suite 100
   Sacramento, California 95819
3  Telephone:    (916) 594-7241
   Facsimile:    (916) 594-7247
4
5  Attorneys for Plaintiff
   JAMES SINGH
6

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| JAMES SINGH, an individual, | CASE NO.: 4:11-cv-5485 PJH |
| Plaintiff, | *[Assigned to the Hon. Phyllis J. Hamilton]* |
| v. | ORDER |
| WELLS FARGO BANK, N.A., a national association as successor in interest to Wachovia Bank, N.A., a national association; EXECUTIVE TRUSTEE SERVICES, LLC dba ETS SERVICES, LLC, a business entity; and DOES 1-100, inclusive, | |
| Defendants. | |

Pursuant to the stipulation of the parties, and good cause appearing therein,

**IT IS HEREBY ORDERED:**

Plaintiff's Response to Defendant's Motion to Dismiss is due by January 4, 2012.

Defendant WELLS FARGO's reply brief shall be due January 11, 2012.

**IT IS SO ORDERED.**

Dated: December 21, 2011

_____
District Judge
IT IS SO ORDERED
Judge Phyllis J. Hamilton

1
[PROPOSED] ORDER