Jamil L. White (Bar No. 244028)
Michael D. Maloney (Bar No. 208297)
LOUIS | WHITE, Law Corporation
1851 Heritage Lane, Suite 148
Sacramento, CA 95815
Telephone: (916) 333-3613
Facsimile: (916) 274-4631
info@louiswhitelaw.com

Attorneys for Plaintiff
JAMES SINGH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SINGH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a national association as successor in interest to Wachovia Bank, N.A., a national association; EXECUTIVE TRUSTEE SERVICES, LLC dba ETS SERVICES, LLC, a business entity; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 4:11-cv-05485-PJH<br><br>[~~PROPOSED~~] ORDER RE: NOTICE OF VOLUNTARY DISMISSAL |

## [~~PROPOSED~~] ORDER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Notice of Voluntary Dismissal filed on August 20, 2012, and good cause appearing; therefore; IT IS HEREBY ORDERED that this case is dismissed.

DATED: August 21, 2012

HON. PHYLLIS J. HAMILTON
DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton

1
[PROPOSED] ORDER GRANTING
MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF